**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GLUE WILKINS,

        Petitioner

        v.

FRANCIS T. CHARDO, III,

        Respondent

:  No. 24 MAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.